ALLEN H. KERR, Appellant, *v.* CUNARD STEAMSHIP COMPANY, LTD., Respondent.

(Argued October 18, 1932; decided November 22, 1932.)

*Arthur W. Clement* and *Henry J. Bogatko* for appellant.

*Allan B. A. Bradley, James S. Hemingway* and *Joseph W. Wyatt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.